# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

MCALLEN DIVISION

APR 10 2015

David J. Bradley, Clerk

UNITED STATES OF AMERICA

V.

Antonio Alvarez-Ruiz        *PRINCIPAL*
A091 620 199        **YOB:**        1964
the United Mexican States

## CRIMINAL COMPLAINT

Case Number:

**M-15-** 0564 **-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___**April 9, 2015**___ in ___**Starr**___ County, in the ___Southern___ District of ___Texas___ defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Mauro Martinez-Alejo and Sergio Sanchez-Alejo, citizens and nationals of Mexico, who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near La Grulla, Texas to the point of arrest near Sullivan City, Texas,**

in violation of Title ___8___ United States Code, Section(s) ___**1324(a)(1)(A)(ii)**___ **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On April 9, 2015 at approximately 8:30am, the Rio Grande City Border Patrol Station was contacted to assist a Texas Department of Public Safety Trooper with a traffic stop. Agent D. Jarrett responded to the request and was informed by the Trooper that he performed the vehicle stop for disregard of an official traffic control device. Agent Jarrett questioned the driver, identified as Antonio ALVAREZ-Ruiz, and was told he was a citizen of Mexico with a Permanent Resident Card. Both passengers were questioned and admitted to being in the United States illegally. All subjects were arrested and transported to the Rio Grande City Border Patrol Station for questioning.

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:        [X] Yes   [ ] No

Approved
Joseph Leonard

_____
Signature of Complainant

**Francisco Sanchez        Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

at **McAllen, Texas**
City and State

**April 10, 2015**
Date

**Dorina Ramos** , **U. S. Magistrate Judge**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-15-0564-M

**RE:**     **Antonio Alvarez-Ruiz**                    **A091 620 199**

**CONTINUATION:**

PRINCIPAL STATEMENT:

Antonio ALVAREZ-Ruiz was read his Miranda Rights at the Rio Grande City Border Patrol Station. Subject stated he understood his rights and was willing to provide a statement without the presence of an attorney.

Antonio ALVAREZ-Ruiz stated that he is a citizen of Mexico but has lived in the United States for 12-13 years as a Permanent Resident Alien. He claimed that his friend, Adolfo Patino, had asked him to pick up two illegal family members at the Los Arcos Tacos in La Grulla and take them to the Wal-Mart off Jackson Street in McAllen. ALVAREZ stated that Patino said he would pay him $200 for gas. ALVAREZ also stated that this is the fourth time he has been arrested by the Border Patrol for Transporting Illegal Aliens.

MATERIAL WITNESS STATEMENTS:

Both material witnesses were read their rights at the Rio Grande City Border Patrol Station. Both stated that they understood their rights and were willing to make statements without an attorney present.

Mauro Martinez-Alejo admitted to being a citizen and national of Mexico who is illegally present in the United States. He claims that he made smuggling arrangements with a smuggler named Sergio and paid $500 to be smuggled into the United States. He stated that the smuggler crossed the Rio Grande River with him and his cousin and they waited in the brush until a white vehicle came to pick them up. He said the driver told them his name and told them to get in. Martinez stated that they were driving for 10-15 minutes before they were pulled over by the police. Martinez was shown a DHS photo line-up and positively identified ALVAREZ as the driver of the white vehicle.

Sergio Sanchez-Alejo admitted to being a citizen and national of Mexico who is illegally present in the United States. He claims that his cousin made his smuggling arrangements with an unknown smuggler and he paid $600 to be smuggled into the United States. He stated that after crossing the Rio Grande River with 5 others, he and his cousin walked to a road and stayed hidden in the brush until a white 2-door vehicle drove up. The driver told them to get in the vehicle and was stopped a short time later by the police. Sanchez was shown a DHS photo line-up and positively identified ALVAREZ as the driver of the vehicle.